904

United States of America, et al., for leave to file a brief, as *amici curiae,* granted. Certiorari granted. *George Wilson McKeag* on the motion. *Robert B. Troutman* and *Charles L. Gowen* for petitioners. *Richard T. Cowan* for Mary Elizabeth Blue Hull Memorial Presbyterian Church, and *Owen H. Page* for Eastern Heights Presbyterian Church et al., respondents.

No. 1378. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* JACKSONVILLE TERMINAL Co. Dist. Ct. App. Fla., 1st Dist. Certiorari granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Lester P. Schoene* and *Neal P. Rutledge* for petitioners. *Paul A. Porter, Dennis G. Lyons, Daniel A. Rezneck,* and *Adam G. Adams II* for respondent.

No. 399. PRICE *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Kenneth C. McGuiness* and *Stanley R. Strauss* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *Bernard Kleiman, Elliot Bredhoff, Michael H. Gottesman,* and *George H. Cohen* for United Steelworkers of America, AFL–CIO, Local Union No. 4028, respondents.

No. 627. CORNELL ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Marvin M. Karpatkin* and *Alan H. Levine* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.